AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>TIM LEISSNER,<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18M514 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **TIM LEISSNER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate the Foreign Corrupt Practices Act, in violation of T. 18, U.S.C., § 371, and Money Laundering Conspiracy, in violation of T. 18, U.S.C., § 1956(h).

Date: 06/07/2018

_Issuing officer's signature_

City and state: Brooklyn, New York         Hon. S[redacted]

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____

_Arresting officer's signature_

_Printed name and title_