## INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Steven Tiscione**    Date: **6/14/18**

Magistrate Case Number: **18 M 514**    LOG #: **1:24 - 1:44**  Crtroom **13D**

Defendant's Name: **John Doe**

____ Court appointed counsel.    ✓ Defendant retained counsel.

Defense Counsel: **Eugene Sullivan II**    CJA:___ FDNY:___ RET: ✓

A.U.S.A. **Drew Rolle**    Law Clerk: **Louis Balocca**

Interpreter: _____    Language: _____

✓ ARRAIGNMENT on Complaint held.    ___ Government Agent Sworn

___ DETENTION HEARING Held:    ___ Government opposed bail for reasons stated on the record.

✓ Bond set at **$20 million**.    ✓ Bond set on consent of both parties.

Defendant: ✓ released    ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

**1** (Additional) surety/ies to co-sign bond by **6/14/18** _____

___ After detention hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Preliminary Hearing set for: _____; or    ✓ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

    ___ Identity hearing held. Court    ___ orders removal    ___ denies removal

    ___ Defendant waives:    ___ identity hearing    ___ preliminary hearing

    ___ Identity/ Removal Hearing set for: _____

    ___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____