

U.S. Department of Justice

United States Attorney
Eastern District of New York

DGR
F. #2016R00467

271 Cadman Plaza East
Brooklyn, New York 11201

November 9, 2018

By ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Tim Leissner
                 Criminal Docket No. 18-439 (MKB)

Dear Judge Brodie:

        The government writes in accordance with the Court's November 8, 2018 Order, which directed the government to file a redacted transcript of the August 28, 2018 plea hearing in the above-captioned matter. (ECF Order dated Nov. 8, 2018.) A redacted version of the plea hearing transcript is attached hereto as Exhibit A.

                                             Respectfully submitted,

                                             RICHARD P. DONOGHUE
                                             United States Attorney

                            By:    /s/Drew G. Rolle
                                             Drew G. Rolle
                                             Assistant U.S. Attorney
                                             (718) 254-6783

cc:    All Counsel of Record (by ECF)