AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-CR-439 (MKB) |
| Tim Leissner | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tim Leissner                                                                                                .

Date:   02/20/2019

*ROBERT O'Neill*
*Attorney's signature*

Robert O'Neill 0105155 (Florida)
*Printed name and bar number*

Freeh Sporkin & Sullivan, LLP
125 Worth Avenue, Suite 316
Palm Beach, Florida 33480

*Address*

oneill@freehgroup.com
*E-mail address*

(305) 205-8228
*Telephone number*

*FAX number*