UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                     18-CR-439 (MKB)

TIM LEISSNER,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

       PLEASE TAKE NOTICE that Assistant U.S. Attorney Alixandra E. Smith

from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter

should be sent to:

       Assistant U.S. Attorney Alixandra E. Smith
       Deputy Chief, Business & Securities Fraud Section
       U.S. Attorney's Office, Eastern District of New York (Criminal Division)
       271 Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6370
       Email: Alixandra.Smith@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant U.S. Attorney Alixandra E. Smith at the email address set forth above.

Dated:   Brooklyn, New York
      April 25, 2019

                        Respectfully submitted,

                        RICHARD P. DONOGHUE
                        United States Attorney

              By:    /s/ Alixandra E. Smith_____
                        Alixandra E. Smith
                        Assistant U.S. Attorney

cc:     Clerk of the Court (MKB)