UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

TIM LEISSNER,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 18-CR-439 (MKB)

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Drew G. Rolle, for an order unsealing the certain items filed in the above-captioned matter.

        WHEREFORE, IT IS ORDERED that the text of the following ECF docket entries be unsealed: ECF No. 13 (Letter requesting order of excludable delay); ECF No. 19 (Order to unseal indictment as to Tim Leissner); ECF No. 21 (Preliminary order of forfeiture); ECF No. 26 (Letter dated Nov. 7, 2018 requesting unsealing of the defendant's plea hearing transcript); ECF No. 27 (Order granting government's application to unseal, in part, the defendant's plea hearing transcript); ECF order dated Nov. 20, 2018 (Order granting motion for travel); ECF order dated Feb. 19, 2019 (Order granting motion for travel); ECF No. 37 (Letter dated Mar. 22, 2019 regarding the Times request to review sealing).

        IT IS FURTHER ORDERED that the text of the following ECF docket entries be unsealed: ECF No. 15 (Rule 7(b) notice of intent to file criminal information); ECF No. 18 (Limited unsealing order). ███████████████████████████████████████████

███████████████████████████████████████████████

IT IS FURTHER ORDERED that the underlying documents associated with the foregoing ECF docket entries shall remain sealed. The Court finds that the public's right of access to these documents is outweighed ██████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████

IT IS FURTHER ORDERED that ECF No. 7 (Pre-trial release order) and the underlying document be unsealed in part. ████████████████████████████
████████████████████████████████████████████████████████
████ The Court finds that the public's right of access to these documents is outweighed █
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████—
████████████████████████████████████

Dated:   Brooklyn, New York
         ~~October ___, 2019~~
         December 13, 2019

S/Margo K. Brodie
_____
THE HONORABLE MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK