AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cr-439 |
| Tim Leissner | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Tim Leissner                                                              .

Date:   11/05/2020

/s/ Henry E. Mazurek
*Attorney's signature*

Henry Mazurek
*Printed name and bar number*

Meister Seelig & Fein LLP
125 Park Ave. 7th Fl.
New York, NY 10017

*Address*

hem@msf-law.com
*E-mail address*

(212) 655-3500
*Telephone number*

(212) 655-3535
*FAX number*