UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -                                                                         Cr. No. <u>18-439 (MKB)</u>

TIM LEISSNER,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>NOTICE OF APPEARANCE</u>

      PLEASE TAKE NOTICE that Trial Attorney Margaret A. Moeser from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

      Margaret A. Moeser
      Money Laundering and Asset Recovery Section
      Criminal Division, U.S. Department of Justice
      1400 New York Avenue, NW
      Washington, D.C. 20005
      Tel: (202) 598-2345
      Fax: (202) 514-5522
      Email: Margaret.Moeser@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Margaret A. Moeser at the email address set forth above.

Dated:     Washington, D.C.
           May 26, 2022

    Respectfully Submitted,

    DEBORAH L. CONNOR
    Chief, Money Laundering and
    Asset Recovery Section
    Criminal Division
    U.S. Department of Justice

    By: /s/ Margaret A. Moeser
    Margaret A. Moeser
    Trial Attorney