

U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK:TRP
F. #2016R0467

271 Cadman Plaza East
Brooklyn, New York 11201

August 17, 2022

By ECF
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Tim Leissner
      <u>Criminal Docket No. 18-439 (MKB)</u>

Dear Judge Brodie:

  Enclosed please find a proposed Amended Preliminary Order of Forfeiture (the "Amended Order") in the above-referenced case, the terms of which the defendant, Tim Leissner, has agreed to in connection with his guilty plea. The government respectfully requests that the Court "so order" the enclosed Amended Order in accordance with Fed. R. Crim. P. 32.2 (b)(2)(A).

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By: <u>/s/ Tanisha R. Payne</u>
         Tanisha R. Payne
         Assistant U.S. Attorney
         (718) 254- 6358

Encl.: Amended Preliminary Order of Forfeiture
cc:  Counsel of Record (by ECF)