```
                                                                          1
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
       - - - - - - - - - - - - - - - X

       UNITED STATES OF AMERICA,        :    18-CR-439(MKB)
                                        :
                                        :    U.S. Courthouse
                                        :    Brooklyn, New York
            -against-                   :
                                        :    TRANSCRIPT OF
                                        :    PROCEEDINGS
                                        :
                                        :
       TIM LEISSNER,                    :    November 17, 2020
                                        :    10:00 a.m.
            Defendant.                  :
                                        :
       - - - - - - - - - - - - - - - X

       BEFORE:
                     HONORABLE MARGO K. BRODIE, CHIEF JUDGE

       APPEARANCES:

       For the Government:      RICHARD P. DONOGHUE, ESQ.
                                United States Attorney
                                271 Cadman Plaza East
                                Brooklyn, New York 11201
                                BY:  DREW ROLLE, ESQ.
                                     ALIXANDRA SMITH, ESQ.
                                     Assistant U.S. Attorneys


                                DOJ-Criminal Fraud Section
                                1400 New York Avenue
                                Washington, DC 20005
                                By:  NIKHILA RAJ, ESQ.
                                     KATHERINE NIELSEN, ESQ.
                                     JENNIFER AMBUEHL, ESQ.
                                     DAVID LATH, ESQ.

       For the Defendant:       Meister Seeling & Fein LLP
                                125 Park Avenue
                                7th Floor
                                New York, NY 10017
                                BY:  HENRY E. MAZUREK
                                     ILANA HARAMATI, ESQ.
```

*HOLLY DRISCOLL, CSR*
*OFFICIAL COURT REPORTER*

2

```
                           Freeh, Sporkin & Sullivan LLP
                           2550 M Street Northwest
                           Washington, DC 20037
                           BY:  ROBERT O'NEILL, ESQ.


                                EUGENE O'SULLIVAN, SR., ESQ.
                                EUGENE O'SULLIVAN, JR., ESQ.


Court Reporter:     Holly Driscoll, CSR, FCRR
                    Chief Court Reporter
                    225 Cadman Plaza East
                    Brooklyn, New York 11201
                    (718) 613-2274
```

Proceedings recorded by mechanical stenography, transcript produced by Computer-Assisted Transcript.



*   *   *


(THE FOLLOWING TAKES PLACE VIA TELECONFERENCE:)

THE COURT:  Good morning everyone.  Can you call the case please, Winnie.

THE COURTROOM DEPUTY:  Criminal cause for status conference, docket number 18-CR-439.

As a reminder to everyone on the line, persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions including removal of court issued media credentials, restricted entry to future

1  hearings, denial of entry to future hearings or any other
2  sanctions deemed necessary by the court.
3          Counsel, starting with the government, please state
4  your name for the record.
5          MR. ROLLE:  Good morning, Your Honor, Drew Rolle and
6  Alix Smith for the U.S. Attorney's Office and I believe we
7  have a number of our colleagues from the Department of Justice
8  in Washington also on the line, Nikhila Raj, Katherine
9  Nielsen, Jennifer Ambuehl and David Lath, Judge.
10         THE COURT:  Good morning.
11         MR. MAZUREK:  Good morning, Judge, this is Henry
12 Mazurek and Ilana Haramati on the line on behalf of Tim
13 Leissner, and I believe we also have on the line Eugene
14 Sullivan, Sr. and Eugene Sullivan, Jr., on behalf of
15 Mr. Leissner.
16         MR. O'NEILL:  And Robert O'Neill from our law
17 firm, Freeh, Sporkin & Sullivan in D.C., counsel for the
18 defendant.
19         THE COURT:  Good morning to everyone.  I
20 understand --
21         UNIDENTIFIED SPEAKER:  Good morning, Your Honor.
22         THE COURT:  I understand that we are meeting today
23 to substitute suretors on the bond; is that correct?
24         UNIDENTIFIED SPEAKER:  Correct, Your Honor.
25         MR. MAZUREK:  That's correct, Judge.

4

1  THE COURT: And Pretrial Services has approved the
2  new suretors?
3  MR. MAZUREK: Yes, Your Honor. I'll let Ms. Carter
4  speak, Your Honor.
5  PRETRIAL SERVICES OFFICER: Your Honor, Bianca
6  Carter from Pretrial Services.
7  Yes, Your Honor, we do agree to the substitution of
8  sureties for this individual.
9  MR. MAZUREK: Your Honor, this is Henry Mazurek for
10 Mr. Leissner. On the line also we have Barrett and May
11 Leissner who are the proposed new suretors, the parents of Tim
12 Leissner. Also, for the record, Tim Leissner is also on the
13 line.
14 THE COURT: Okay. And do the two new suretors
15 understand what it means to be a suretor on this bond?
16 MR. MAZUREK: Your Honor, again Henry Mazurek for
17 Tim Leissner; we have reviewed with Barret and May Leissner
18 what it means to be a suretor, the requirements and
19 responsibilities, the conditions that have been placed on
20 Mr. Leissner as far as pretrial release and the consequences
21 if Mr. Leissner were to violate any conditions of the bail,
22 the consequences to the suretors as a result of that.
23 THE COURT: Thank you.
24 Mr. and Mrs. Leissner, do you have any questions
25 about your obligations under the bond?

5

1    MR. B. LEISSNER:  We have no questions for you at
2 this moment.  Thank you.
3    MRS. M. LEISSNER:  No, we have no questions.  Thank
4 you.
5    THE COURT:  Thank you.
6    Then I approve the substitution of Mr. Leissner's
7 parents for his wife on the bond.
8    Is there anything else to discuss today?
9    MR. ROLLE:  Not from the government, Your Honor,
10 thank you very much.
11    MR. MAZUREK:  No as to Mr. Leissner.  Thank you,
12 Your Honor.
13    THE COURT:  Okay.
14    Have a great day everyone.
15    MR. MAZUREK:  Thank you, Your Honor.
16    MR. ROLLE:  Thank you.
17    UNIDENTIFIED SPEAKER:  Bye-bye.
18    (Time noted:  11:06 a.m.)
19    (End of proceedings.)
20
21
22
23
24
25