**MAYER | BROWN**

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

May 1, 2023

**Gina M. Parlovecchio**
Partner
T: +1 212 506 2522
F: +1 212 849 5522
GParlovecchio@mayerbrown.com

BY ECF
The Honorable Margo K. Brodie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Motion for Extension of Time to File Third-Party
      Petition in *United States v. Tim Leissner*,
      No. 1:18-cr-00439-MKB

Dear Chief Judge Brodie:

We write on behalf of our client Ken Siazon, to respectfully request a brief extension of time to file a third party claim in the forfeiture proceedings in the above-referenced case, from May 8, 2023 to May 22, 2023.[1] The additional time is needed in the interests of justice to allow undersigned counsel, who was retained in the past week, to have additional time to prepare Mr. Siazon's claim. Undersigned counsel has conferred with AUSA Drew Rolle, who has no objection to the proposed 14-day extension of time.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Gina Parlovecchio*

Gina Parlovecchio
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020

*Attorneys for Third-Party Petitioner, Ken Siazon*

---

[1] Pursuant to 21 U.S.C. § 853(n)(2), Mr. Siazon's third party claim is presently due on Saturday, May 6, 2023. Given that this deadline falls on a weekend, the claim is therefore currently due on Monday, May 8, 2023. *See* Fed. R. Civ. P. 6(a)(1)(C); *see also Pacheco v. Serendensky*, 393 F.3d 348, 352 (2d Cir. 2004) (explaining that the rules of civil procedures, *e.g.*, Rule 12(b)(6), apply to third-party petitions to modify criminal forfeiture orders).