

# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806        www.pryorcashman.com

**Jeffrey Alberts**
Partner

Direct Tel: 212-326-0800
Main Fax: 212-326-0806
jalberts@pryorcashman.com

May 5, 2023

**VIA ECF**

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  *United States v. Tim Leissner*, 18-CR-439 (MKB)**

Dear Chief Judge Brodie,

We write as counsel to Russell Simmons to assert an interest in the 3,325,942 shares of stock in Celsius Holdings, Inc. held in a J.P. Morgan Chase Bank brokerage account with an account number ending in "7002"in the name of Kimora Lee Simmons identified in the Amended Preliminary Order of Forfeiture entered in the above-captioned action on March 3, 2023.  Our client's Verified Petition is enclosed.  We appreciate the Court's attention to this matter.

Sincerely,

/s/ *Jeffrey Alberts*

Jeffrey Alberts

Enclosure:

cc (by ECF):
     AUSA Drew Rolle
     AUSA Dylan Stern
     AUSA Tanisha Payne
     AUSA Margaret Moeser