# EXHIBIT 9

BEVERAGES (/BEVERAGES)

# Hip-Hop Business Magnate Russell Simmons Invests in Celsius

Joins ex-wife and business partner in $15.95-million beverage stake

*Apr. 21, 2015*

**BOCA RATON, Fla. --** In a strategic effort to expand its consumer reach and grow globally, Celsius Holdings Inc., the creator and marketer of the "world's first negative-calorie and fat-burning beverage" Celsius, announced an investment of $15.95 million led by Hong Kong-based Horizons Ventures, a private investment arm of Li Ka-Shing, Russell Simmons and Kimora Lee Simmons.



"This strategic partnership will broaden our reach across consumers and will further strengthen our position in both domestic and global markets," said Gerry David, CEO of Celsius Holdings Inc.

The investment led by Horizons Ventures, Russell Simmons and Kimora Lee Simmons confirms the vision of long-time Celsius investor Carl DeSantis, who founded Rexall Sundown and grew it into a leading vitamin company. DeSantis sold Rexall Sundown for $1.8 billion in 2000 and made a strategic investment in Celsius in 2007.

"We always saw Celsius as a brand of the future with all its proven benefits," said DeSantis. "We were creating a new category, and that is always quite a challenge. But it's those types of challenges that are the most rewarding if you work hard and stick with it. It takes time and strategic investment.

"We have always believed that Celsius was a winner with the potential to become a global brand. We are thrilled to welcome our new partners. They are visionaries with a proven track record. Together along with our existing management team, we will do great things."

Horizons Ventures, the private investment arm of Li Ka-Shing, is a leading investor in some of the world's most innovative companies and disruptive technologies, including Facebook, Waze, Spotify, Impossible Foods and Hampton Creek. With a strong global presence, Horizons Ventures will support Celsius' future development in the global markets.

"This is an interesting time in tech-centric food and beverage products as more consumers are striving toward a healthier lifestyle," said Chris Lai of Horizons Ventures. "We are excited to support the Celsius team, who is meeting this growing demand with a revolutionary formula that keeps you energized while burning calories."

Russell Simmons is a business icon who is a visionary that has created industries throughout his career. His business successes have spanned music, film, television, fashion, video games, online and financial services. He has moved into the world of digital marketing through the formation of three companies and will prove to be a significant strategic partner in the growth of Celsius.

"As a practicing yogi and vegan, I'm always cognizant of my health and what I put into my body. I found Celsius at a local market, fell in love with the drink's clean energy and called Kimora immediately. It was clear we needed to learn more about the company," Simmons said.

Simmons' ex-wife Kimora Lee Simmons is a designer and entrepreneur who began her career as a model and has since evolved into a fashion icon, brand visionary and media personality, having served as president and creative director of Baby Phat and JustFab and creating such award-winning TV shows as "Kimora: Life in the Fab Lane." Currently, she serves as CEO and creative director of KLS Kimora Lee Simmons, a high-end designer fashion line, in addition to directing a portfolio of new innovative businesses in the fields of fashion, entertainment, technology and consumer goods.

"I am proud to announce my new partnership with Celsius as a strategic brand builder and innovator," said Kimora Lee Simmons. "Energy has always been a key force in both my life and career, and I'm excited about the potential this brand has to help people push themselves further towards their goals, be they related to fitness, family or fun. I also look forward to this unique opportunity to directly impact Celsius' creative direction moving forward."

Celsius Holdings Inc. is a science-based functional beverage company founded in April 2004.

*Members help make our journalism possible. Become a CSP member today and unlock exclusive benefits, including unlimited access to all of our content.* ***Sign up here (/membership/?utm_source=website&utm_medium=CSPDN-content&utm_campaign=membership)****.*

**alternative beverage (/article/alternative-beverage)**

**packaged beverages (/article/packaged-beverages)**

## MULTIMEDIA

### Podcast: 2022 C-Store Sales Review (/general-merchandisehbc/podcast-2022-c-store-sales-review)

### Podcast: SunnyD With Alcohol: How Gen Z Influences Today's New Adult Beverages (/beverages/podcast-sunnyd-alcohol-how-gen-z-influences-todays-new-adult-beverages)

### Podcast: New Big Dog, Cheesy Breadsticks and More on Foodservice Expert's Plate