# EXHIBIT 22

# NU HORIZONS INVESTMENT GROUP

February 5, 2020

## TO WHOM IT MAY CONCERN

I, Tim Leissner, as Manager of Nu Horizons Investment Group LLC ("Nu Horizons"), confirm that Russell Simmons is the beneficial owner of 49% of the 3.9 million shares that Nu Horizons acquired in 2015 net of any capital contributions made by other Members of Nu Horizons, in accordance with the Operating Agreement dated January 1, 2016. I further confirm that these shares have been temporarily loaned to Kimora Lee Simmons-Leissner for purposes of the bond in connection with Federal Case 1:18-cr-00439 and will be returned when such collateral is no longer required.

Tim Leissner
Manager
Nu Horizons Investment Group LLC