# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Michael D. Roth
Partner
Direct Dial: +1 213 218 4014
mroth@kslaw.com

May 17, 2023

<u>Via ECF</u>

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Third-Party Petitioner, Kimora Lee Simmons-Leissner's Petition,
       *United States v. Tim Leissner*, 18 Cr. 439 (MKB)

Dear Chief Judge Brodie,

  We respectfully submit this letter on behalf of our client Kimora Lee Simmons-Leissner in connection with the Court's amended preliminary order of forfeiture entered on March 3, 2023 (Dkt. No. 68). Enclosed is a Notice of Motion to Admit Counsel Pro Hac Vice for Michael D. Roth pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts along with the applicable documentation.

  We appreciate the Court's attention to this matter.

                Very truly yours,

                */s/ Michael Roth*

                David K. Willingham
                (*pro hac vice* application, forthcoming)
                Michael D. Roth
                (*pro hac vice* application, forthcoming)
                David Lesser
                *Attorneys for Third-Party Petitioner,*
                *Kimora Lee Simmons-Leissner*

MDR:slr

Enclosures