

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

July 17, 2024

**VIA ECF**

Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 6N
Brooklyn, New York 11201

      Re:    *United States v. Tim Leissner*, No. 18-cr-439 (MKB)

Dear Judge Brodie:

      We represent defendant Tim Leissner in the above-referenced matter. We write to respectfully request an adjournment of Mr. Leissner's sentencing currently scheduled for September 11, 2024 until a date and time in October 2024 that is convenient for the Court. This additional time is necessary to permit the Probation Department to complete the PSR process, and to thoroughly compile the materials necessary for the Court's consideration at sentencing. We have conferred with counsel for the government who consents to this request.

      Respectfully submitted,

      /s/ IH
      Henry E. Mazurek
      Ilana Haramati
      Jason I. Ser

*Counsel for Defendant Tim Leissner*

cc:    Counsel of Record (*via ECF*)

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com