# Exhibit B

Frank Fischer

███████████████

Hon. Chief Judge Margo K. Brodie
Unites States District Judge
225 Cadman Plaza East
Brooklyn, NY 11202
USA

January 11, 2024

Dear Chief Judge Brodie,

My name is Frank Fischer and I am writing this letter on behalf of Tim Leissner. Being his older (step-) brother by 8 years I have known him since his birth.

I am a lawyer and have worked for almost 28 years in the legal department of HypoVereinsbank AG (UniCredit Group) in Munich and headed the legal team that was supporting the markets activities of the bank.

From my personal relationship with Tim as well as my professional background the facts that were revealed in my brother´s guilty plea in 2018 shocked me beyond words.

In my experience growing up with Tim, he was always dedicated to be his best in school as well as in sports. Even though learning and success seemed to come easy to him he still was driven and practiced very hard (e.g. in his schoolwork or Tennis). This did not keep him from making good friends with his classmates and going out with them.

To prove himself – also to his family and friends – by means of his professional career (not the money) was in my opinion his key motivation. I have never experienced that he was acting as a "rich guy" or that any kind of luxury was an issue when around me, our parents or my family.

Keeping these personality traits in mind, I believe that Tim´s extensive cooperation with the prosecution that included disclosing humiliating details of his private as well as professional life has clearly shown that he wants nothing more than to turn his life around. The publication of these very personal particulars, must have been deeply felt as personal shame by him, but did not deter him from full assistance of the prosecution over many years. This shows to me that he is truly accepting responsibility for his offences and is expressing deep remorse.

Because Tim needs a chance to redeem himself letting him contribute to the public good in a way that is considered adequate by the court as well as allowing him to keep close contact with his children (while they need his support they will also hold him accountable) hopefully will warrant your leniency.

Thank you for taking the time to read this letter. I am available to answer any questions you might have (and hope this letter will make an impact on how you look at Tim Leissner beyond the offenses he pled guilty to.

Respectfully

Frank Fischer

The Honourable Margo K. Brodie
Chief Judge
U.S. District Court
Eastern District of New York

October 16, 2023

Your Honour,

My name is Afsaneh Ghaderi of ███████████, █████ ████████, ██████. I am a solicitor (England and Wales).

I was married to Tim Leissner from 1993 to 2000.

I have known Tim since 1991. We studied in the same class at the business school of the University of Hartford in Connecticut, USA.

Tim was a person of outstanding qualities in our class. He was hardworking, disciplined, intelligent, and a straight 'A' student throughout the year. Equally remarkable was his gentle and positive nature; there was in him a natural combination of goodness, empathy and social ease that endeared him to his peers and our teachers. He had an all-time alert consideration for others, always looking out for the shy one. If I were to sum up his character in a word, the word that comes to mind is a 'gentleman'. Tim was a credit to our class; he inspired so many of us in so many ways.

We got married after we graduated and Tim started his career in investment banking in 1993. He devoted himself to his work with the same intensity, focus and dedication that he had applied to his studies; he stood way above his peers from the outset and at every stage of his career, which was reflected in his annual performance reviews where he was always praised by his superiors. A gifted sportsman and very competitive by nature, Tim was constantly driven by the desire to be the best in whatever he did. He was not a material person at all; quite the contrary, he appreciated simplicity in everything, was down-to-earth and generous in reaching out to those in need. The closed and exclusive environment in investment banking in general, and that of Goldman Sachs in particular, the extravagant rewards paid to the 'rising stars', the lavish lifestyle they exposed their people to when they travelled overseas and the kind of role models they set for the young recruits are detrimental to a great many young and ambitious men and women who gradually become detached from the real world and change personality to fit the firm's culture and advance their career. The situation took its toll on our marriage and we parted ways in 2000. The upheavals of the past few years have given Tim the much-needed space and time for deep reflection about the whirlwind of events into which he was drawn. He has faced the ordeal he has been going through in the past few years with remarkable courage and dignity. Along the way, he has redeemed the soul he had lost. Tim is profoundly sad for what has happened and deeply regrets his actions. Deep inside he has remained true to himself and to the values that his parents instilled in him. Given a second chance to re-build his life, Tim has all the potentials to be a force for good not only to his young family and his aging parents, but also in the society.

Thank you, Your Honour, for your time and for the consideration of this statement.

Yours sincerely,

Afsaneh Ghaderi



2

Your Honourable Chief Judge Brodie,

I hope you are doing well. My name is Anastasya Leissner, I am the eldest daughter of Tim Leissner. I have written this letter so you can understand who my dad is and was to me throughout the 20 years of my life and reasons why I don't want my dad to go to prison. I know in plain sight that seems like a no brainer as a daughter but my journey with my dad is one with a couple bumpy hills and I feel that I would give a good and fair judgment of him as a person now. ███████████████████████████████████████████ ███ but that couldn't be further from what I feel now.

When I was a little girl, I was such a daddy's girl, I was his short one. I would have traded anything from my Playmobil to my American Girl dolls or my gymnastics leotards just to spend 5 more minutes with him when he came home from work for dinner before he would leave to go back to the office. I thought all dads did that, that they wouldn't always be there and I guess to some extent that is true but not to the extent that papi once did. Despite his busy schedule, he never missed Angie or my birthday until we were older. He would have the busiest work week and he would still somehow manage to fly back to spend the day with us or just to come to our birthday parties. He would even fly back just to enjoy a dinner with my sister and I before going straight back to the aiport. One of my earliest memories with papi was my 3rd birthday. We were at the Aberdeen Marina Club in Hong Kong, a place I feel is the only constant in my life now and a place we spent every weekend as a family to the point where my mother had to force us to stop going because she got sick of the food there. In the AMC there are 2 main play rooms, one for older children and one for younger ones. This was my last birthday in the downstairs playroom. My friends and I were running up and down the tree house carrying plastic balls from the ballpit to put up in the tree house. My dad at some point came up there to say hi and all my friends threw the balls at him. I remember running down to my mum and crying because I felt so bad that they did that to him. I hated the idea that he was getting hurt even though in hindsight he obviously wasn't. I was just so protective of him and his feelings. Another really early memory of mine is when he came to read a book at my kindergarten. I was so proud to be his daughter, I was so excited to show him off at school, I stuck by his side as he read to the class with my mickey mouse stuffed animal. I was so happy that day. I was the only kid in my class that wasn't fully chinese so you would think I wouldn't want to be different but in reality I was just so proud to be half of who my dad is that I couldn't care less if I was different and I proudly told everyone about my dad. Lastly, a memory that sticks with me a lot because of how it has shaped the person I have grown into is at the AMC, in the upstairs playroom, there is a pink slide. This slide was basically vertical to start with, it is so steep, I went on it recently when I was playing with my younger cousins and when you look down you still do feel a second of fright because it is so straight. The age limit was defintely not three but I loved the idea of going on this slide. I wanted to so badly but I would get there and be too scared of it. So Papi picked me up and dropped me down the slide. You cannot imagine the excitement and how many more times I wanted him to do that afterwards. It helped me get over little fears like that as I got older. It was evident that that made me a little daredevil when it came to things like rollercoasters, jumping off rocks into the oceans and et cetera.

This side of Papi I loved. I loved the man he was when he was around as a little girl. But as I got older, I noticed his absence more and more. I think there was a chunk of my childhood where I don't have many memories with Papi because he was always away because of work. I did so many sports and I don't think

Papi ever made any of my games because he was so busy. His head was always in work mode. When I think of my dad as a kid, I think of him in his suit with his classic briefcase and his black suitcase ready for the airport or the office. I don't remember him being in his normal clothes at home with the 3 of us. Despite that I always felt the love he had for me. When he was with me, he made me feel like the most beautiful and smart girl. It was always Papi and I and then Mummy and Angie. I would stand on his shoulders in the pool, and make him and my grandfather hold one arm each so I could do flips. I remember Papi watching proudly as I showed him I could climb up my fireman pole in my room and jump off my bunk bed. I was such a daddy's girl till one day I wasn't because of his actions.



The light in the tunnel came when I decided to go to boarding school in the UK. Papi was very involved in this part of my life and I think it saved my relationship with him. He would come and take me to London for the weekend. It felt like the person I knew was coming back. But then he would do things like leave a day early or promise to come visit one weekend and not come which felt like we were back to

square one. Thank god, I had a role model like my mother Judy. Who showed me nothing but strength and resilience through this very tough time. Not once did she ever show me the hurt she felt. You suddenly sit there and think if she is ok, I have to be too. She would also encourage me to continue to build a relationship with Papi. She gave me the tools to one day be able to forgive him. When the case became more serious, and he wasn't allowed to leave the US, Angie and I had started to attend Santa Catalina, a boarding school in Monterey California. I had worked on myself a lot and my stepdad Christian really stepped up and healed my little broken heart. He helped me regain my trust and I finally felt mentally happy and okay with what was happening. Ultimately he is the reason I forgave Papi and I stand where I stand now.

I remember telling my dad with what was going on, he had to promise me that he was going to do better. That he would admit to all his mistakes, to stop the lying and repay what he has done. I didn't want a relationship with him unless I knew he was doing his best to do better and change who he was. At this point I no longer knew who he was and we had to start from scratch. It wasn't easy and I would continuously have doubts about being able to fix a relationship I once thought was unfixable and I would have breakdowns when little things reminded me of the situation. But Papi has really stepped up since, I would call him when I would get upset and he would speak to me for ages and for the next couple of days after, he would call and text me to check up on me. I am such a family person and in the past couple of years, I truly looked forward to visiting him. Especially now that I am at University in the UK and being so far away again, I constantly think about the next time I will see him. My dad now calls me every single day, when we don't speak for a day, we jokingly say we haven't spoken in ages. I speak about the things I am learning at university and I share every school assessment result with him. When I am in the states, I go see him. The past few times I have been back, I have been lucky enough to spend days straight with him, going to grab coffee, working out in the mornings together and dragging him to go shopping with me. We spent 2 weeks in NYC last summer together before I returned back to Hong Kong. I cried so much when I said goodbye to him. It was so weird because I haven't cried like that saying goodbye to him in years. I felt like the little girl I used to be crying when he would leave for work trips and it was the first time I felt like our relationship was close to being back to how it was before. I texted him every morning when he took the stand in Roger Ng's case and I would stay up so I could call him when he was done. I have never felt so upset in my life then that week. It was around my 19th Birthday and everyday I felt helpless that I couldn't help him and be there. The protectiveness I felt when my friends threw plastic ball pit balls at him came right back, except this time the whole world was throwing things at him. I am extremely proud of him for going on the stand and being honest. He showcased the change within himself he underwent. He was being the dad I am proud to say is mine.

Judge Brodie, Papi has done so many things wrong. I know he regrets it every single day of his life. He is paying the consequences of his actions everyday. I know no matter what he does now he will never repay what he did and took from people. But he is a good person. Even when my mother highly disliked him when they first divorced, she would always tell me how kind and smart he was. That he was the nicest person in the room and you couldn't hate him because he had this talent to make every person in the room feel special and heard. I take so much pride feeling like I got that trait of his and when people tell me I look like my dad. That my mannerisms reminded them of him. I am so proud to be his daughter now and I look up to him so much. I know he will never ever make the mistakes he once made and I know he will never be that person again. He is more present in my life now being thousands of miles away then he was

previously, yet he has missed out on a significant part of my life. I feel so much regret for the times I could have seen him often that I turned down because of my anger and hurt. I will always be heartbroken knowing he is missing out on everything I am doing here in the UK, the friends I have built, the achievements I am making in University and the life I have built here. He has sacrificed missing out on Angie and my life in the past few years in order to repay for what he has done. I believe that he will dedicate his entire life to doing better for the world and I will always make sure he does. Maybe this letter will not do much in terms of what will happen to him but please take it into consideration. I miss him every single day of my life that I spend so far away from him. But please allow him to be able to continuously build our relationship. For him to be able to be physically part of my everyday life like he once did. Please give him a second chance. Thank you for time and for reading this letter. I hope you take what I have written into consideration when deciding what the consequences of his actions will be.

Kind regards,
Anastasya Leissner
22/10/2023

Your Honorable Chief Judge. Brodie,

Writing this letter is not something I imagined I would ever have to do. I am the youngest daughter of Tim Leissner. I'm his little girl. It could be so easy for me to just say that all we share is a last name and DNA. Yet, I know that our relationship is much more complex than just biological. Everyone has always told me I am just like him. To be honest, I did not know what they meant by that at first. As I've matured, I start to see what they mean by that. I am studying at the University of Southern California on the pre-law track. At my current rate, I could probably graduate early and have my J.D. by the time I am 23. Everyone tells me to slow down, to stop trying to rush the process. The only person that understands me and my ambitions is my dad. He has always motivated me to pursue the things I wanted. He understands my love for learning and he never lets me think that what I want is out of my reach. My dad and I share the same determination to shoot for the stars, and I have him to thank for getting me to where I am today.

Tim Leissner is far from perfect. I know that first-hand. I am not going to write to you about how he was there at all the biggest milestones of my childhood because he was not. He was always working. But recently, he taught me how to drive. But recently, he helped me change my tire. But recently, we helped quiz me for a midterm I was worried about. I tell you these things because I am finally getting to do the things that 'traditional' fathers and daughters do. He is making up for lost time; he is trying. And we need more time. We need more time for him to show his good side that I know he has. We need more time for him to right his wrongs.

██████████████████████████████████████████████████████████

flawed. One thing that I have never doubted in my life was how much he loved his children. From the cheesy texts he sends about father-daughter relationships, to his willingness to listen to our ridiculous stories that he probably does not care one bit about.

I feel as though I have not been able to spend enough time with my dad and I have forgiven him for that because of his recent efforts. I am at a time of my life where I need him more than ever. And it is not just me that needs him, his recent work in charities have really helped those organizations and their causes. I ask you to give him a chance to make up his past mistakes. Allow him some form of homestay so that he can continue his valuable work with his charities and continue rebuilding his relationship with his family.

Judge Brodie, before you make your decision, you should know that there is a side to Tim Leissner that the media won't show and that the side that I hope you see now from my letter.

Sincerely,
Angelina Leissner
Angie

May 6, 2025

Dear Honorable Chief Judge Brodie,



Sincerely
Angelina Leissner

Hon. Chief Judge Margo K. Brodie
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201


Your Honor, dear Chief Judge Brodie,

As the father of Tim Leissner, having worked in top leadership positions at Volkswagen most of my life, and relocated across various countries in this tumultuous world and being happily married for over 54 years, it is with difficulty that I write these lines to you. For my wife and I, Tim has always been our dream child. Having witnessed both the good and the bad, and having nearly lost my life in the Bosnian war in 1992, I now bear witness to the drama that has befallen the life of my wife and our entire family due to Tim's actions a decade ago and acknowledge the ongoing work required to move forward to rebuild and heal as a family unit has been drastically hindered by the looming unknown outcome of his fate. It is not easy to speak of his case from a distance, much less judge him and his actions. Regardless of how you decide on this matter, please know that we will never abandon our beloved son and will do everything to restore his life to some kind of normalcy. For the past five years and going onto six, we have missed much of this final stage of our life with our son. We are 82 and 86 respectively, and the distance with Tim confined not being able to travel to visit us, have been exceedingly hard on the entire family.

From his childhood, through his education in various schools and universities, Tim has been an exceptionally popular classmate and student, always excelling with top grades. His gift for winning hearts was evident not only in academia but also in sports, which he has always adored and which have shaped him into a model of peak performance and fairness. I recall meeting some of his former colleagues on the sidelines of their global investment banking conference in London. His peers unanimously echoed these sentiments; outstanding in his work, yet always the same supportive and helpful individual, never arrogant or boastful, setting him apart in his demanding and relentless profession.

When Tim began at Goldman Sachs, I traveled to Hong Kong to personally introduce myself to his then-boss for the Asian business, Phil Murphy (now Governor of New Jersey). I implored Phil to look out for Tim, fearing his well-known kindness might be exploited. Even as the youngest MBA graduate with straight A's, he spent much of his time assisting his older peers to ensure their success. This tendency to help others continued throughout his life.

Since hearing of Tim's misconduct, we have been haunted by questions: What moved such a frugal and modest young man to this point? We understand that the environment at Goldman Sachs and his desire to be successful in the organization was the starting point from which he lost control over his actions. Goldman fostered Tim to be one of the most successful bankers at the time, even without the Malaysian deals. But the line between right and wrong became

blurred for him. He has since accepted responsibilities and despite a period of great ambition propelled by an ambitious firm's culture of constantly demanding more of it's team, his desire to please and go above and beyond, and frankly greed, Tim has returned to his roots.

My wife, Tim's brothers, and their families, like Tim, must now live with his case, not just now, but also the rest of our lives given the new media environment. Despite the tears, sleepless nights, and many unpleasant repercussions, our pride in him as a son and brother remains unshaken for his accomplishments up to this misstep. Tim's current work in a special charity and task force combating with human trafficking is not only admirable but also perilous, reflecting his sense of Tim's new sense of responsibility as a member of society and his heart of wanting to help others which I mentioned above. It is an honorable undertaking and one that we know brings him great satisfaction away from material gains. He plans to expand his role in this cause once he has more freedom to travel where the organization needs him the most.

Esteemed Madam Brodie, we would be deeply grateful if you could assist Tim and us, allowing us to spend what little time we have left with him. The last five years and more have been very difficult for us. We have celebrated many Christmases and holidays with Tim's daughters and the rest of the family with his place being empty. We have felt Tim's pain and loneliness during this time and his longing for his family. My wife and I are thankful that such an experienced judge presides over Tim's case, and we hope that not only his undeniable guilt, but also the person Tim Leissner, will be considered in your decision.

Rest assured, our love for Tim is unwavering, and we will do whatever we can to support him, as long as we have the strength to do so.

Thank you for taking the time to read these lines,

Yours sincerely,

Bernd Leissner

Hon. Chief Judge Margo K. Brodie
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11202                                                    August 12th, 2024

Dear Chief Judge Brodie,

My name is Kay B. Leissner, M.D. and I am the brother of Tm Leissner. I would like to send you few of my thoughts regarding him and my request to sentence him with leniency.

I am an anesthesiologist and currently serve as Chief of Anesthesiology, Critical Care and Pain Medicine at the VA Boston Healthcare System where I have worked since 2006. In this letter I speak solely for myself as a private citizen of the United States.

Being the younger brother of Tim, I have known him very intimately when we were children and teenagers. We have not lived close since our university days and during our working lives. However, I believe that I still know Tim very well, maybe better than anybody else.

I admit that I have not talked with Tim about his wrongdoings that he has pleaded guilty to. It is important to me that your Honor has a chance to get to know some aspects of Tim that are harder to see and understand when hearing about his dealings with Goldman Sachs in Asia.

While growing up, Tim was a very sensitive and intelligent child. He grew up in a small German town in a loving family. From a young age, Tim was seeking validation from his environment, from his family, friends, and teachers. I believe that not feeling validated enough as a child and adolescent produced a sense of never being able to be good enough, no matter how good his grades or skills were. I believe this fueled a continuing desire in Tim to try to achieve at the highest levels in whatever he contemplated. He studied enormously hard and dedicated much of his free time to sports. He was seeking validation to be recognized as being the best at something. It is this validation by others that I believe was of most importance to him and in my opinion was a key in clouding his judgment while working for Goldman Sachs.

Furthermore, I have never seen Tim demonstrate any glimpse of greed as a child, adolescent or even adult. He has always been most generous, emotionally and materialistically; he gives freely and does not ask for anything in return. He has never had much use for money; he doesn't fancy expensive merchandize, real estate or other items. I have never seen him buy himself anything of great value. I don't think Tim would be in the position he is in if his modus operandi was geared less towards pleasing others or in other words seek validation from others. Moreover, I believe that at his work he wanted to please his superiors, coworkers, and clients. From what I have heard, Tim always worked hardest, was very well liked by both his coworkers and clients, and according to his impressive career by his superiors. At Goldman Sachs, I believe, he was paid well, but I believe that his main reward was recognition and professional validation. I may sound very naïve, but I truly believe that Tim's main motivation was always [professional] validation and not materialistic.

I would like to assure you again of his true character. Tim is loving, humble, generous, compassionate, and always aiming to help and please others. He seeks recognition and he integrity.

Furthermore, I believe that Tim has learned from his mistakes; he has done what few people do. He has pleaded guilty to wrongdoing, and he has assisted in bringing to light what truly happened. In doing so he has accepted public humiliation, which must be very difficult form him. I am glad he did so. I believe it shows that he has learned form his mistakes and is willing to correct his actions as much as possible. I believe he deserves real credit for taking this step and disclosing what happened to the investigative authorities and in court. I do believe in the power redemption and giving second chances to those who have shown their willingness to do better. I believe Tim has done so; he has tried to contribute as much as possible to the greater good, and I believe he deserves a second chance.

In addition, I believe Tim has shown real remorse, regrets deeply what he did and would undo everything he did if he could. I believe he acted not out of greed, but to gain professional recognition and validation. Moreover, I believe he has recently worked with the organization Freedom Shield to make a positive change in the world. He has tried to be the best father, son, and family member as possible, even though it is not easy for him in his current status. As sentencing nears, his entire family is negatively impacted. ████████████████████████████████████████████████████████████████ ████████████ children are clearly affected. While I believe his wrongdoings are serious, I herewith would like to ask your Honor to kindly consider my request for leniency for Tim and to allow him to continue to redeem himself and letting him contribute to the public good. I would like to ask you to consider his restriction of movement that I believe is in place since 2018, the moneys he has forfeited, put up for bond or paid, his willingness to work with investigators and testify in court, and the personal risk he has taken by doing so. If loss of freedom is your judgment, I would humbly like to ask if such a sentence could be completed in house arrest, which would offer a much higher degree of personal safety to my brother, which is important as he faces increased risk due to the nature of his cooperation with law enforcement.

I thank you for your time to read this letter. I will be available to answer any additional questions that you may have.

Respectfully,

Kay B. Leissner, MD

████████████████████████████

Hon. Chief Judge Margo K. Brodie
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

December 18, 2023

Your Honorable Judge Brodie,

I am May Leissner, mother of Tim Leissner. Yes, I realize that Tim has done many things that I would never agree with, but they were done and I need to apologize on his behalf for his misdeeds.

As Tim's mother, I did choose to educate my three sons the old-fashioned way, meaning I stayed home, instead of going to work at the Brazilian consulate in Berlin where I was employed at the time of Tim's birth. The German way in the late 60's and early 70's, made it very difficult for a mother to work and be at home and take care of the kids at the same time. I made the sacrifice of my career to be with Tim and his brothers. I was proud to see them go to school every morning and come back for lunch. All of us would wait until the last child would come home to have our lunches all together. The kids enjoyed this time as a family, when they could talk a lot about what happened during school time. After lunch it was their time to do their homework and from doing their homework they could pursue their hobbies. Tim was a pretty good tennis player, so he spent a lot of his time on the tennis court. He was very proud that once he was invited to play at an international tournament. The only time Tim was somewhat cranky and moody was when his teeth were coming in. When the third child was born there was never a problem with Tim or his brother. The older brothers loved to have a younger brother and everything went on smoothly. Noticeable was, that even with the age difference the three brothers loved to stick together. In school Tim had the ability to understand everything very fast, he was a good student. When any one of his school friends had a problem understanding a topic or subject, Tim was always there to help.

The same of true in his early days as an investment banker. Tim was one of the fastest rising bankers at J.P. Morgan and later Goldman Sachs, but he never forgot to help others along the way. He was also very respectful at every level of the organization, be it the security guard to the senior partners. He always treated everyone the same way unlike many of his more arrogant colleagues.

He was humble and did not forget that he had to work super hard to make it up the career ladder in those organizations. Along the way Tim had to make so many sacrifices.

He had two beautiful daughters who we are very close to. As Tim's career progressed, he saw very little of them and he always regretted missing out on the early years of their development. But Goldman Sachs knew how to foster Tim's ambitions to make more money for the bank. Whenever Tim could, he would return to the two girls. Today, the girls need Tim now more than ever. As they become young ladies and are going through university and Tim has more time, I can see how close they have become. The same is true for his 8-year old son, ██████. I know he spends as much time with him as possible and he is developing into a very kind young man as a result. I am so happy that the children's lives turned to better, with their father by their side. Goldman Sachs and the investment banking industry exploits those with a good heart, but with the ambition to succeed. It is a culture of greed and they abused my son's good heart to make them more money, then when it turns out to be an issue, they blame the individual on it. How is that fair to anyone?

Every day I have the same question, why did this all happened, why is Tim in trouble, why did he do this, why and so many why's? I still cannot understand this. I do not want to think about what could happen to him and I would think this is not for Tim. Tim is a very good man, he is helpful and his big problem is that just cannot say NO if asked for help. Tim has taken responsibility for his action. He knows he did wrong, but Tim has also suffered a lot for the last five or six years. We have missed Tim so much, never able to celebrate Christmas or birthdays together. His career has been destroyed and he cannot return to ever be in the financial service world again. He has dedicated his new life to again helping others like he did when he was young. ████████████████████ ████████████████████████████████████████████████ know he does it happily. He would help many others if he can have the opportunity.

Dear Judge Brodie, please, please help me and my family, we love him, we know he is not the man, people think he is. We would love to spend our remaining life time as it is getting shorter, close to him and I am sure he can help us even when we get older.

My best regards,
May Leissner