Exhibit C

January 7, 2024

Joseph Brosler

[redacted]

Chief Judge Margo K. Brodie
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Chief Judge Brodie,

I am a retired law enforcement officer with over 25 years of experience working for both Federal and state agencies. I have had the pleasure of knowing Tim Leissner for a number of years.

As a retired law enforcement officer, I am always skeptical of an individual's motives when they become passionate about a cause after they find themselves in trouble. I have dealt with hundreds of people who have "gone straight" and decided to pursue social causes when in reality they are only trying to get a reduced sentence.

I can state with certainty Mr. Leissner does not fit into the above-mentioned category. Mr. Leissner has been open and honest regarding his past mistakes and has done everything in his power to atone for them.

Unlike the other defendants in Mr. Leissner's case, he has admitted his missteps, accepted blame and done his best to help the prosecution. I have known Mr. Leissner all throughout the aforementioned process. During this process, Mr. Leissner has been patient and handled the threats, personal attacks on his character, uncertainty and stress that would break most people with grace.

Due to my career in law enforcement, I usually shy away from vouching for someone's character. I have no such concerns with Mr. Leissner. Mr. Leissner has the intelligence, strength and connections to help people all over the world as he has proved by selflessly helping a large number of former child-soldiers in the Philippines, his involvement in the Freedom Shield Foundation, Operation Zip Code and the rescue of several hundred US citizens stuck in Gaza in conjunction with the Hawkwind group.

It is my opinion that Mr. Leissner has atoned for his past mistakes and his character as friend, father and philanthropist are unimpeachable.

Thank you for taking the time to consider this letter.


Respectfully,

Joseph Brosler

CHARACTER REFERENCE – TIM LEISSNER

Dear Honorable Chief Judge Brodie,

I am the Founder and Executive Chairman of several biotech start-ups. Our latest company, EIR Biopharma, Inc. is an early stage privately held biotech company developing therapeutics for the treatment of eye diseases. We have partnered with the University of Miami's Bascom Eye Institute for the treatment of glaucoma, and the Weill Cornell Medical College of Cornell University for the treatment of atrophic "dry" age-related macular degeneration.  My partner and I have over 50 years of senior-level management experience in the biotechnology, pharmaceutical, and biopharma industries, and have helped to create publicly traded biopharma companies with peak market capitalizations exceeding $15 billion.

Tim Leissner has been a key senior advisor to EIR and my previous cancer-focused entity, GT Biopharma. I have worked with him over the last five years, and he has been a great partner and friend to me personally and the team collectively. He has mentored us when we had any kind of business or financial question and has always been very generous with his time and experience. I see in Tim someone who has made the transition from being a corporate business leader to a god loving supporter of causes that make a real difference. He feels passionate about our efforts to help those with diseases whether it was cancer in the case of GT or going blind with respect to EIR. Tim has atoned for his sins and the wrongs he has admitted to. No doubt those were grave mistakes, which he has recognized himself as such. He did the hardest thing of all – he admitted guilt in the most public forum in the world to an audience that has judged him on news headlines only, without knowing the man. He has talked to me about his regrets for wanting to be a hero in the investment banking world. In no way do I see Tim as someone who is interested in material wealth. I have seen him suffer greatly under the pressures that the last few years have brought. I witnessed the real death threats against him and how his former employer, Goldman Sachs, decided to throw him under the bus very publicly when in fact the organization had gained more than he had and many others more senior than him were in the know – none of whom have been brought to justice.

Your Honor, with great respect, I would support leniency for Tim. He has been restricted for going on 7 years now which has resulted in him missing important milestones in his daughters' development or being with his aging parents. His parents are well into their 80s and have precious few years to live. Tim should be with them as much as possible before God takes them back.  He has been constrained in what the world allows him to do because of this matter hanging over him for the last several years. If Your Honor were to grant Tim leniency, he has a home with our team and we know he will put his efforts and time into helping us continue our effort to develop medical solutions to serious diseases. His talents and contributions will be invaluable to our efforts. Thank you for taking the time to read my views of Tim, Your Honor.

Sincerely yours,

Tony Cataldo
Chairman & CEO
EIR Biopharma Inc.

**To:**                    Ilana Haramati
**Subject:**               RE: Tim Leissner

-------- Beginning of forwarded message --------
07.05.2025, 11:16, "Dave Crivelli" ████████████████

**To Whom It May Concern,**

It is with great respect and appreciation that I write this letter of reference for Mr. Tim Leissner. I had the privilege of working
with Tim over the course of two years, and during that time, I came to know him not just as a client, but as a man of deep character, compassion, and integrity.

With over
30 years in law enforcement and more than two decades in executive protection, I have worked with individuals from all walks of life. Few, however, have left as lasting an impression on me and my family as Tim has. His professionalism, humility, and sincere concern for those around him consistently stood out. More than a client, Tim became a friend—
and to my children, he became like family.

Tim's dedication to making a meaningful difference in the world is clearly demonstrated through his tireless work with his foundation focused on combating human trafficking. His commitment to this cause is not symbolic—
it is deeply personal and sustained. He invests his time, resources, and energy into supporting survivors and advocating for awareness and prevention on a global scale.

Tim Leisner is a man of purpose, generosity, and unwavering integrity. I wholeheartedly recommend him without reservation and am confident that anyone who has the opportunity to know or work with him will find him to be a truly remarkable individual.

Sincerely,

Dave Crivelli
Executive Protection Specialist / Retired Law Enforcement Sergeant

Get Outlook for iOS

-------- End of forwarded message --------

**1**



Dec 18, 2023

████████████

Hon. Chief Judge Margo K. Brodie
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

LETTER FOR REDUCED SENTENCING – TIM LEISSNER

Chief Judge Brodie,

I strongly recommend leniency and possible reduced sentencing for Tim Leissner. My background includes serving in a progressive increase of responsible leadership positions starting as a Platoon Leader then through Division Command involving the bottom-line responsibility for approximately twenty thousand soldiers. Am also the son of a career soldier who served in World War II and the Korean Conflict. Toward the end of my military career, I satisfied the requirements to become a licensed Certified Public Accountant. Shortly after the completion of my military career, I had the honor of attending law school and obtaining my licensing where I currently practice in National Security Law as well as Tax Law.

Tim Leissner understands his responsibility in this matter. He fully comprehends that an alternative course of action should have been pursed rather than the one he selected. Tim understands and regrets his actions and is accountable for them. I do believe any jail time in this matter will not solve any of Tim Leissner's current needs.

Throughout the several years I have known Tim, he handled every opportunity regardless of the task being asked, the required standard, as well as the pressure and associated stress with a calm, poised, and confident approach.  He is graced with exceptional managerial and leadership skills.

Tim has been actively involved in Freedom Shield Foundation's (FSF), a nonprofit, focused in the fight against human trafficking devoting countless hours. He was personally responsible for the rescue of an individual in Los Angeles assisting the efforts in bringing her to Dallas despite the personal threats of the organized crime elements that tried to prevent this.

He has contributed several days in his participation in Operation Zip Code where FSF makes quarterly distributions of other food and essential items to less fortunate families in the Dallas Fort Worth area. This resulted in 3,300 families receiving this food and essential items valued at more than $3.2 million.

It was through his efforts with Hawkwood Group LLC, Tim made a major contribution in the rescue of several hundred U.S. citizens from the current turmoil in Israel working to insure they were safely returned to their families.

In conclusion, I humbly request a lenient sentencing be made allowing Tim Leissner to continue his positive efforts in making a difference in society as evidenced above. These will not take place if he is sent to prison. If afforded the opportunity of house arrest, he would have the ability to continue his valuable contributions to both Freedom Shield Foundation and Hawkwood Group LLC. Tim Leissner is an individual worthy of another chance of which I am open to volunteering to being involved in his court supervision.

My email address is ███████████ and the best telephone number to reach me is ████████ if you should have any additional questions regarding my recommendation.

JOHN T. FURLOW
Major General, USA (Retired)
Attorney at Law (JD)
Certified Public Accountant (CPA)

Admitted:
Practice Law in Texas
Texas Bar # 24106762
U.S. Tax Court
U.S. 5th Circuit Court of Appeals
U.S. Court of Appeals for the Armed Forces
Eastern District of Texas

Licensed CPA in Texas

Dear Honorable Chief Judge Brodie,                                    May 1, 2025

I write this letter as a heartfelt offering of support for Tim Leissner, someone who I cherish as a close and constant presence in my life. His support has been unwavering in the lives of many of us around him, and I truly cannot imagine a world without the strength and steadiness he provides.

Over the years, I've had the privilege of witnessing Tim in one of his most important roles: as a father. His devotion to his children is awesome. He speaks to them every single day—regardless of where in the world they are or what time it is for him. He pays attention to the small details, shows up for them with unwavering consistency, and holds their needs at the center of his life. His love for them is not only evident, but deeply moving. Watching him father is watching someone live out love in its most steadfast and selfless form. Having grown up without a father, I often dreamed of the kind of parental presence Tim chooses to be every day. His example is inspiring, not just as a parent, but as a person who chooses love and responsibility, even in the face of difficulty.

Tim's current legal limitations have significantly impacted his ability to be present for the people he loves most. When his daughter left for college in Edinburgh, he longed to accompany her, to help move her into her dorm and be part of that important life transition. But his travel restrictions prevented him from doing so. For the past seven years, he's also been unable to attend family gatherings in Europe—traditions filled with connection and joy that he once cherished. Each absence leaves a quiet scar, even as he tries to mask the emotional toll it takes.



Tim is also a deeply devoted son. Both of his parents are now in their 80s and facing increasing health challenges. ███████████████████████████████████████ and his parents' overall ability to manage everyday tasks have begun to decline. Tim longs to be by their side—to offer comfort, help with care, and share these final years together—but his legal restrictions have made that impossible. The emotional toll of being separated from them is profound. Watching their decline from a distance, knowing he cannot physically be there in the ways he needs to, weighs heavily on him. Still, he supports them in every way

he can. He calls them daily—often multiple times—and assists with everything from logistics to emotional encouragement. The love they share and the connection they maintain across distance are grounded in a deep adoration and loyalty. It's a bond I profoundly admire, and one I hope to create within my own children one day.

Professionally, Tim is the most dedicated and disciplined person I've encountered. I was the first in my family to graduate from college, and I was fortunate to study alongside ambitious and inspiring peers whom I respected greatly—this only intensified once I reached a top-tier graduate program. Yet, even among those high achievers, Tim stands apart. He arrives early, prepared, engaged, and always giving more than expected—even when there is no direct benefit to him. He frequently contributes 110% combining tireless effort with a quiet, impressive intelligence that elevates the work around him. He's a testament to the principle that if you work hard, you can achieve success. Raised in a modest household in Germany, he excelled in a demanding academic system, earned an MBA, secured competitive internships, and eventually became a partner at one of the most selective investment banks—an achievement few attain. His relentless work ethic is driven by perseverance, reverence for hard work, and a desire for his contributions to matter, to prove—perhaps to himself more than anyone else—that he has value.

As time has passed, I've seen the emotional layers that have shaped his path. His appreciation language is clearly words of affirmation—even a small expression of kindness can bring light to his face. But I've also seen how deeply he absorbs criticism, especially from those he's supported the most. When people speak harshly to him, it's as though it confirms a belief he's carried silently for much of his life—that he's not worthy of love or happiness.  In recent years, Tim has begun doing the difficult internal work of examining where those beliefs came from. ████████████████████████████████████████████████████████████████████████████████ shaped his sense of identity and led to patterns of self-sabotage. But what's inspiring—and hopeful—is his willingness to face these truths head-on. He has come to understand how vital it is to establish boundaries—to protect himself from those who take advantage of his kindness and generosity, and also to prevent himself from slipping into decisions that don't align with his values. That self-awareness is powerful. It's the first and most essential step in healing, and he has taken it with courage. I am proud of the self-work Tim has done and continues to do. If I could wish anything for him, it would be for him to one day truly and fully love himself—not in a superficial or fleeting way, but with the same depth, patience, and care he offers so generously to others. That kind of self-love, I believe, would be the final step in healing the wounds he has carried for so long.

As a friend, Tim is selfless.  He supports everyone around him, offering counsel, encouragement, and comfort—even when his own life is difficult. Many turn to him during

times of need, and he always answers the call with an approachable, non-judgmental, compassionate presence. Whether the issue is personal, professional, or emotional, Tim shows up with steady, genuine care. He doesn't seek recognition or gratitude; he simply wants to be there for the people in his life. Many of his friends rely on him as a constant. The number of people who've offered to step forward to speak on his behalf is a testament to the loyalty he inspires. He's deeply valued—because he's the kind of person who shows up, quietly and consistently, no matter what.

As a philanthropist, I've watched Tim support multiple causes with sincerity and action. He gives not just financially, but with his time, energy, and expertise. One cause especially close to his heart is human trafficking. ███████████████████████████████
███████████████████████ Tim has supported this cause on many levels—donating money, offering business advice to nonprofits, and helping them structure resources in ways that allow them to protect and reach as many victims as possible. His approach combines compassion with real-world effectiveness, and his contributions have had meaningful impact. ████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████ I was one of the volunteers who joined that rescue, and I was deeply moved by his calm leadership and unwavering commitment to her well-being. That experience opened my eyes to the intense suffering these victims endure—and to the quiet courage Tim brings to this work. His support isn't performative. It comes from a deeply personal place, grounded in empathy and a sincere desire to protect and uplift those who are most vulnerable.

We must also acknowledge that Tim has made serious ethical and legal mistakes. His actions caused real harm and contributed to a broader systemic problem that society and humanity must address. He knows this. And instead of minimizing his role or shifting blame, he has taken full ownership of his decisions and the consequences that followed. What's most telling is how he responded. Tim didn't try to protect himself or deny responsibility—he chose to cooperate with the government fully. He pleaded guilty, forfeited significant assets, lost the professional credentials he worked for decades to earn, and ultimately sacrificed the career and identity he had spent his life building. It was an enormous personal cost. He made that choice not because it was easy, but because he believed it was right. He stood up publicly, accepted responsibility, and took the steps he could to begin making amends. That kind of accountability is rare—and it speaks to the deeper work he's doing within himself to change, heal, and move forward with integrity.

It's clear that Tim deeply regrets the choices he made. I've known people who express regret only after facing consequences, often to protect themselves or their reputation. But with Tim, his remorse is genuine. His words, his actions, and the weight he carries reflect a man who truly understands the impact of what he did—and who would give anything to undo the harm it caused. This was never about money. Tim has consistently poured his resources into his family's support and helping those around him. He rarely spent on himself. The choices he made were not about personal financial or material gain. I believe they came from a deeper place—a desire to matter, to feel of value, shaped by a lifetime of being made to feel otherwise. If he could go back and carve a different path—one rooted in integrity and grounded in his devotion to his children and parents—I know he would. The man he is today is not the same man who made those decisions. He has endured consequences, done real reflection, and emerged with a commitment to live differently.

In light of all the honest work Tim has done to take responsibility and make amends—as well as the positive role he continues to play in the lives of his children, his parents, his friends, and his community—I truly believe that allowing him to remain present in their lives is in the best interest of everyone who depends on him. He is not just someone who has learned from his mistakes; he is someone who has changed because of them. Those around him would be significantly harmed if he were forced to go away. His absence would leave a deep void—one that would be felt emotionally, practically, and profoundly. While he must be held accountable, I believe that further disruption would only create more devastation and harm than healing, both for him and for the people he supports. Tim has endured a great deal and lost much, but I believe he has emerged with deeper clarity, humility, and purpose. Tim's continued presence in the lives of those who rely on him is not just meaningful—it's essential, and I respectfully hope that can be taken into account. I ask only that you consider not just the mistakes he has made, but the strength of his efforts to make things right—and the value of allowing him to continue doing so.

I humbly thank you, Your Honor, for taking the time to consider my words and to see the full measure of who Tim is—not just through the choices that brought him here, but through the way he has chosen to respond to them, and for weighing the true cost of removing him from the people who need him most.

With warm regards,



August 29, 2024



Chief Judge Margo K. Brodie
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Chief Judge Brodie,

I'm writing to ask that you consider leniency in Tim Leissner's sentencing. As a disabled veteran who served in the military police in the United States Air Force, I've seen firsthand how people who have done wrong aren't given a second chance.

Tim has been honest about his mistakes and taken responsibility. He's also dedicated himself to making a positive impact, working with nonprofits that fight human trafficking, serving in his church, and contributing to his community. He's using his talents to make the world a better place.

I believe that Tim's actions since his offense demonstrate a genuine commitment to redemption. He's not just seeking forgiveness; he's actively working to make amends and contribute to society in a meaningful way.

Please consider the positive impact Tim has already had and the potential for him to continue making a difference in the future.

Respectfully,

Tyler Hogue

Patrick Kassatly (real estate consultant)



The Presiding Judge
United States District Court
Eastern District of New York

October 18, 2019

Your Honor,

I am writing this character reference in relation to Mr Tim Leissner, whom I know very well. We met at business school in 1991 while we studied towards an MBA degree.

Tim is a person of high integrity, an outstanding upbringing and education, and a remarkable sense of altruism. He is a source of positive energy that leaves no one indifferent: our peers and professors were all charmed by a combination of professionalism of the highest order, amiability and humanity in him that endeared him to friends and rivals alike. In his career in investment banking, including at Goldman Sachs, Tim made the same impression on the people he worked with. His professional and personal qualities led him to top positions in every organisation he joined. Notwithstanding the adulation he received from his superiors and peers, Tim always kept a cool head in that noxious world of high finance. Knowing Tim, his moral probity and principles, his uprightness, integrity and professionalism, I am totally bewildered to see him in this situation.

Your Honor, I pray that you treat Tim with clemency in this ordeal that he has been facing with great courage. He is a man of many qualities and I am confident that now that he has parted with the unhealthy environment of investment banking he would, if given the chance, apply his qualities to a worthy cause and prove to be an invaluable asset to our society.

Thank you your Honor.


Patrick Kassatly

  

Ann Lindholm

███████████████

keyofdavidconsulting@protonmail.com

█████████████

22AUG2024

Hon. Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Hon. Chief Judge Brodie,

I am writing to you on behalf of Mr. Tim Leissner, whom I have known for approximately two years through our mutual work in humanitarian crisis response. During this time, I have come to know Tim as a man of profound compassion, generosity, and deep remorse for his past actions. While I understand the gravity of the charges against him, I respectfully request that you consider leniency in his sentencing.

Tim has expressed to me on numerous occasions his genuine regret for his involvement in the case at hand. His remorse is not superficial; it stems from a sincere desire to transform his character, not just his behavior. Over the past two years, I have had the privilege of spending significant time with Tim, during which he has generously shared his expertise and time, advising me on my business and humanitarian crisis response start-up. What I have come to admire most about Tim is his humility and vulnerability, especially as our conversations have evolved to focus on personal growth and spiritual development.

Tim has shown a remarkable commitment to his personal spiritual journey, implementing practices that I have shared with him, which have helped me overcome significant life obstacles. The transformation I have witnessed in him is both inspiring and encouraging. I believe Tim has the potential to become a force multiplier for good, counseling and coaching others who may find themselves in similar situations.

He possesses a natural ability to draw others to him, and those around him seem to genuinely listen and act upon his advice. This quality, coupled with his newfound commitment to personal growth, positions him to make a meaningful and positive impact on the lives of others.

Hon. Chief Judge Brodie, I implore you to consider Tim's sincere efforts to reform and the opportunity that lies before him to become a Global Agent of Change. With the right support and guidance, I am confident that Tim can engage, equip, and empower others to contribute to global stability, security, and peace. I respectfully ask that you take these factors into account as you determine his sentencing.

Thank you for your time and consideration.

Sincerely,

Ann Lindholm
CEO/Founder
Global Agents of Change
Key of David Consulting
HIS Publishing House
███████████
███████████

keyofdavidconsulting@protonmail.com

███████████

Freedom Shield Foundation
Hawkwood Foundation

Hon. Chief Judge Margo K. Brodie
United States District Chief Judge
225 Cadman Plaza East
Brooklyn, NY 11201

December 18, 2023

LETTER OF REFERENCE – TIM LEISSNER

Honorable Chief Judge Brodie,

In 2009, I founded Freedom Shield Foundation (FSF) and most recently Hawkwood Foundation, after leaving government service as a Federal Bureau of Investigation (FBI) Special Agent. FSF began by securing orphanages in Africa. I recruited other federal agents, law enforcement officers as well special forces operators to fight human trafficking. Today, FSF, the Hawkwood entities rescue thousands of women and children from human trafficking and supply advanced trauma care to the survivors whom we rescue. We also supply training and resources to those involved in the fight against trafficking both nationally and internationally. Globally, we have recovered over 10,000 victims. In addition, on a global basis we counter the persecution of religious minorities. From Yazidis being trafficked by ISIS and Muslim child soldiers being recruited in the Philippines, to Christians being murdered in Afghanistan or Nigeria or jailed in Pakistan, FSF continues to save and support those being persecuted for their religious beliefs in these countries. In recent months, we helped evacuate those in grave danger from the wars in both Israel as well as the Ukraine. We have rescued hundreds.

Tim Leissner is an integral part of our rescue efforts. We met in 2019 and he at once agreed to be part of our efforts. He told me about his earlier life and the missteps for which he has taken full responsibility. He never tried to minimize his conduct in the past, but instead I found a man trying to right the wrongs of his past conduct. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Tim has also been invaluable in certain levels of our fund-raising efforts and offering continuing advice on the fiscal management of our organization. I have learned a tremendous amount of business and financial skills from Tim since he joined us in person in Dallas over a year ago. Finally, Tim has contributed on countless occasions with Operation Zip Code, which is an effort launched by FSF many years ago to distribute food and essential items to families in need in some of the poorest parts of the Dallas Fort Worth area. Over the years we have distributed more than $3 million worth of food in high food insecurity neighborhoods. I am proud of Tim's contributions and his dedication to our efforts amidst all the physical demands of unloading trailers in high heat months.

I genuinely believe that Tim's ability in the world of finance and business make him invaluable to our organization and by extension the fight against human trafficking in a very meaningful way. More women and children can be saved if Tim is allowed to continue to be part of our team. He is most certainly an effective team member and friend. He is surrounded by good men who are also an integral part of his life. These are not empty words, Your Honor, but as a former FBI Special Agent, I

do understand the gravity of Tim's past behavior. Equally, I have seen Tim in action, and he can be a force of good if he continues the path he is on right now.

Your Honor, with profound respect, I entrust to you that Tim can help us make a real difference in the life of victims of human trafficking if he is allowed to continue his work with us. Please feel free to contact me at my email address, ro@hawkwoodgroupllc.com, and the best telephone number to reach me is ███████████, should have any added questions about my letter of reference.

Rolando R. Lopez
CEO and Founder
Freedom Shield Foundation
Hawkwood Foundation



Hon. Chief Judge Margo K. Brodie
United States District Chief Judge
225 Cadman Plaza East
Brooklyn, NY 11201

May 5, 2025

Your Honorable Chief Judge Brodie,

It is with the greatest respect that I am writing on behalf of Tim Leissner, I have had a personal relationship with Tim for over 20 years and I am honoured to say that he is one of the nicest and kindest men that I have ever known. Tim and I have been close friends, business partners and has given me invaluable counsel for many years and I would like to ask for your indulgence with respect to my views regarding Tim's character.

First, allow me to point out that Tim understands that he did wrong in his dealings with 1MDB in Malaysia. He has accepted responsibility for his actions and has shown the greatest of remorse. In front of his close friends, Tim will candidly talk about his regrets and desires to rights his actions. For a very long time Tim has actively supported the efforts by the US and other governments to bring institutions and individuals alike to be accountable for the funds that were misappropriated. I believe these efforts have shown great success and Tim has told me on several occasions that he wants to contribute all his efforts to the continued recovery of what had been stolen.

Furthermore, Tim has been a passionate supporter of a cause very near and dear to my heart, the protection of our environment and nature. Together, we are working on carbon reductions in a venture called Green Cities Capital. At GC Capital, we connect transformative environmental projects with organizations dedicated to real climate action. Our passion for a greener future drives us to bridge the gap between impactful initiatives and those seeking meaningful, high-quality carbon solutions. With a global network spanning multinationals, corporations, and government bodies, we ensure that every partnership creates lasting environmental and social value—helping businesses and communities thrive while protecting our planet. At GC Capital we have signed several projects with sovereigns across Africa, Asia and the Caribbean Islands. With my heritage from these islands the work that GC Capital will do here we will provide monetization of the nature-based assets which will be reinvested back into infrastructure and investment back into the local people, communities, and the impoverished which will elevate the islands and people on a global stage. Tim is a major component for the success of this.

Tim has great talents and a brilliant mind when it comes to the structuring and funding of our efforts and projects. He is bringing his



strengths to bear as a change agent for the good. I do believe that he has found redemption in his efforts to assist us in doing our part in protecting our beautiful planet, as well as some of his other charitable efforts. These charities include young vulnerable abused women, fostering and adoption for children, and biotech research for neurological diseases.

Dear Chief Judge Brodie, with great respect I ask for leniency for Tim. His actions over the last many years speak louder than any of our words can. He is the most compassionate and caring human being, an incredible father to a beautiful family and his talents can be used to do so much good in the world which has embarked on now and I would very much like to continue with him down this path.

Thank you for giving my letter your consideration.

Respectfully,

Davinder Singh Sehra
Founder & Managing Partner
GC Capital Limited



**Freeh Sporkin & Sullivan LLP**
**2550 M St., First Floor**
**Washington D.C. 20037**
**USA**

Chief Judge Margo K. Brodie
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Chief Judge Brodie,

I am a retired Federal Judge and a member of the Washington, D.C. law firm, Freeh

Sporkin & Sullivan LLP, a firm founded by three former Judges. My firm and I have

represented Tim Leissner since 2018, when he was arrested at Dulles International Airport

("Dulles airport") upon returning to the United States after visiting his family in Germany.

When I first met Mr. Leissner, before his trip to Germany, he retained me to represent

him for his intended surrender and cooperation with the U.S. Department of Justice ("DOJ")

upon his then anticipated arrest. In fact, I was meeting him at the airport to conduct a further

debriefing of him when he was arrested. Moreover, within hours of his arrest at Dulles airport,

Mr. Leissner authorized me to make a significant proffer to the federal prosecutors supervising

the airport arrest.

After Mr. Leissner was subsequently transported to the Eastern District of New York, I

and 2 of my law partners (Eugene Sullivan II and Robert O'Neill- a former US Attorney, M.D.

Fla) (on a rotating basis) were present at all of the U.S. Department of Justice and Federal

1



Bureau of Investigation ("FBI") debriefings that were held, almost on a daily basis, for months.

I personally supervised my firm's participation in the debriefing sessions and, to the best of my knowledge, there were no objections to any of the in-depth questions posed by the FBI or the DOJ. In my view, Tim was fully cooperative and extremely helpful to the prosecutors and the FBI. Over my many years at the Bar, I have seen a few great witnesses, and Mr. Leissner certainly qualifies as such a witness. He is a highly articulate and intelligent person with a superior ability to recall and explain even the most complicated of facts. I believe his tremendous ability to serve as an invaluable witness and source of information for prosecutors in the 1MDB scandal has been made abundantly clear by Mr. Leissner's key role in the successful outcome for prosecutors in both the Goldman Sachs negotiations and the Roger Ng criminal case.

Respectfully Submitted,

_____

Hon. Eugene R. Sullivan

CC:  Drew G. Rolle, Assistant U.S. Attorney (EDNY)

2



**Letter of Thanks and A Request for Grace**

August 20th, 2024

Dear Chief Judge Brodie:

I am writing this letter of reference regarding Tim Leissner. I hope to convey the strong sense of thanks I have for his service to this house of worship and the community of 30,000 Christians who attend one of our 10 campuses every week. His past year of service at the church has been immensely valuable to our congregation and to the executive pastors who serve in Hospitality, Prayer, and Worship Music.

Tim has freely given his time, expertise, and talents each week to help members and visitors in the church. He has also helped our departments build better processes and organizational structure to be able to serve more people on their faith journey.

At our annual church conference, hosting 4,000 Senior Pastors and leaders from around the country, Tim was a part of the team hosting, connecting, and serving ministry leaders. In our strategy meetings, Tim helped our Music department ensure we have healthy practices in place to share theologically deep music with over 450 million people per year.

Tim has faithfully attended services at our main campuses. Engaging in community, taking part in worship services, serving in various roles, and attending our evening discipleship classes to better understand the Bible and align his heart with Biblical values of faith, service, integrity, and reconciliation that leads to forgiveness. He has also participated in our global worship roundtable, hosting 50 different worship pastors from 20 different countries. He especially leaned into serving the pastors of Jewish heritage, as Tim's heritage is German, and while he looks to serve all people equally, his heart is especially soft to the people group that was victimized in the holocaust and has faced generational effects of the pain.

I have personally observed Tim helping a number of people at the church, selflessly looking to serve the community one person at a time. In our first meeting, Tim took several hours to unpack his past mistakes, moral failures, and the journey he's been on toward personal healing. He shared how he's changed all elements of his life to create a new legacy and trajectory of

**MINISTRY HEADQUARTERS**
500 S Nolen, Suite 300 | Southlake, TX 76092
817.328.1000 | gatewaypeople.com



serving others. Since that meeting, I've observed a man who was deeply humbled by his past and now looks to serve others, instead of being served by others.

Tim has continued his transparency and vulnerability in one-on-one pastoral sessions with me, spending hours acknowledging the pain he's caused and the desire he has to help people with this next season of life. As a leader who is charged with protecting our congregation and serving roughly one-third of our staff and congregation, I have years of experience walking people through life transformation. I believe Tim is truly remorseful and that if given the chance, he will continue to serve with excellence in the church and focus his intelligence and business experience on serving people and making up for the pain he's caused.

If you have any questions, please feel free to call. I am on the Lead Team for the church and manage roughly 200 of the 600 full-time staff who minister to our congregation and volunteers. I have been a part of this congregation for 15 years and part of my role is helping people break free from past trauma, recognize and apologize for their sins, and find reconciliation and forgiveness through a combination of grace and a life of service.

Warm Regards,

David Thompson
Executive Pastor, Lead Team
Gateway Church
███████████
david.thompson@gatewaystaff.com



RACHEL WEST D.O.
INTEGRATIVE FAMILY MEDICINE

Hon. Chief Judge Margo K. Brodie
United States District Chief Judge
225 Cadman Plaza East
Brooklyn, NY 11201

September 10, 2024

Re: TIM LEISSNER

Dear Honorable Chief Judge Brodie,



 

# RACHEL WEST D.O.
## INTEGRATIVE FAMILY MEDICINE



Thank you again for your consideration and please do not hesitate to contact me should the Court have any further questions.

Respectfully,

Rachel West, D.O.
Longevity LA

Subject: Letter of Recommendation for Tim Leissner

To whom it may concern:,

I am writing to you regarding Tim Leissner, whom I have had the privilege of knowing for the past few years. My purpose in writing is to provide you with a broader understanding of his character, which I have observed closely during our friendship.

While Tim has faced legal challenges due to his financial past, it is crucial to recognize the significant positive effect he has on those around him. I firmly believe in the power of redemption and second chances, and Tim is a living testament to this belief.

As a father, Tim exhibits exemplary qualities. His dedication to his children is unwavering, and he consistently prioritizes their well-being and development. I have attended numerous events with Tim and his children, both the boys and his two older daughters. The bond he shares with them is not only deep but also essential for their emotional and psychological growth. The thought of his children being deprived of his presence is concerning, as it would undoubtedly impact their lives significantly.

Moreover, Tim is an individual who devotes considerable time and effort to charitable pursuits. I have witnessed many calls and met with a number of people in charities he supports actively. His involvement in community service and volunteer work is commendable and reflects his genuine desire to contribute positively to society. This aspect of his character is especially noteworthy as it demonstrates his commitment to making amends and improving the lives of others.

As a friend, I have witnessed Tim's integrity, compassion, and resilience. He has always been a reliable and supportive individual, qualities that I deeply value. His positive influence extends beyond his immediate circle, impacting everyone he interacts with.

In light of the above, I earnestly request you to consider the profound impact that incarcerating Tim would have, not only on him but more importantly, on his innocent children who need him. His presence in their lives is irreplaceable, and the loss would be deeply felt. I am confident that Tim has learned from his past mistakes and is committed to leading a life of integrity and service. I sincerely hope that you will consider the totality of his character and the positive changes he has made when making your decision.

Thank you for taking the time to consider this letter.

Sincerely,

Jordan Wexler
Founder/CEO
SmartGuy.com