

# COHEN & GRESSER LLP

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
212 957 7601
mcohen@cohengresser.com

May 23, 2025

**VIA ECF**

The Honorable Judge Margo K. Brodie
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States* v. *Leissner*, 18-CR-439 (MKB)

Dear Chief Judge Brodie:

We respectfully request leave to file a reply to the parties' responses filed on May 23, 2025, regarding Mr. Justo's application for restitution under the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A, and the Crime Victims' Rights Act, 18 U.S.C. § 3771. The reply letter will be no more than three pages in length.

If the Court grants this request, we are prepared to file on or before 5 p.m. on May 27, 2025. Counsel will also be available to the Court at sentencing on May 29, 2025.

Respectfully submitted,

*/s/ Mark S. Cohen*

Mark S. Cohen
Oliver Haker
Shannon Daugherty
Christine M. Jordan
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, New York 10022

cc:   All Counsel of Record