

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

**VIA ECF**

August 12, 2025

Hon. Margo K. Brodie
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6F
Brooklyn, New York 11201

      Re:    *United States v. Tim Leissner*, 18-cr-439 (MKB)

Dear Chief Judge Brodie:

      We write on behalf of defendant Tim Leissner in the above-referenced matter to respectfully request the Court extend Mr. Leissner's report date to commence his sentence of imprisonment from Monday, September 15, 2025 to Monday, November 17, 2025. We make this request to allow us sufficient time to complete discussions with the federal Bureau of Prisons ("BOP") on sensitive designation issues related to Mr. Leissner's appropriate placement in a BOP facility to serve the Court's imposed term of imprisonment.

      We conferred with Assistant United States Attorney Dylan Stern on this motion, and on behalf of the government, his Office has no objection to this request. The parties consent to have Mr. Leissner's bail conditions be continued through November 17, 2025.

                                              Respectfully yours,

                                             /s/HEM

                                           Henry E. Mazurek
                                           *Counsel for Defendant Tim Leissner*

cc:    Counsel of record (*via ECF* and *email*)